BONN CORPORATION v. HOUSING AUTHORITY OF THE
CITY OF EAST ORANGE.

December 12, 1983.

Petition for certification denied.

STATE OF NEW JERSEY v. ANTHONY JAMES.

December 12, 1983.

Petition for certification denied.

BENJAMIN LOPRESTI v. HERITAGE BANK.

December 12, 1983.

Petition for certification granted.

PHILIP GOTTHELF v. PROPERTY MANAGEMENT
SYSTEMS, INC.

December 12, 1983.

Petition for certification denied.   (See 189 *N.J.Super.* 237)